Filed: July 21, 2010

```
            UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
```

_____

No. 10-7004
(3:09-cv-00394-GCM)

_____

RANDOLPH A. WATTERSON

           Plaintiff - Appellant

v.

S. WILKINSON, Officer, Gaston County Sheriff's Office; NFN GROSCH, Officer, Gaston County Sheriff's Office

           Defendants - Appellees

 and

MAX DAVIS, Sergeant, Gaston County Sheriff's Office; FNU CLONIGER, Sheriff; SECRETARY OF HEALTH AND HUMAN SERVICES

           Defendants

_____

NOTICE OF APPELLATE CASE OPENING

_____

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Court Case Number | 3:09-cv-00394-GCM |
| Date notice of appeal filed in originating court | 07/20/2010 |
| Appellant(s) | Randolph A. Watterson |
| Appellate Case Number | 10-7004 |

| Case Manager | Jeffrey S. Neal
804-916-2702 |

The above-captioned case has been opened in this Court.